

**FILED**

JUL 2 3 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT



SEALED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 25 CR - 270 JDR |
| **Plaintiff,** | **FILED UNDER SEAL** |
| v. | **INDICTMENT** |
| **CONNOR EVAN FIELDS,** a/k/a "Fields.Connor," a/k/a "cefields2010@gmail.com," a/k/a "Fields__Connor," | [COUNT ONE: 18 U.S.C. §§ 933(a)(3) and 933(b) – Firearms Trafficking Conspiracy; COUNT TWO: 18 U.S.C. § 933(a) and (b) – Firearms Trafficking; Forfeiture Allegation: 18 U.S.C. §§ 934(a)(1) and 924(d) – Firearms Forfeiture] |
| **Defendant.** | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [18 U.S.C. § 933(a)(3) and (b)]

From on or about May 2022, through on or about November 15, 2024, in the Northern District of Oklahoma and elsewhere, the defendant **CONNOR EVAN FIELDS**, a/k/a "Fields.Connor," a/k/a "cefields2010@gmail.com," a/k/a "Fields__Connor," together with others both known and unknown to the Grand Jury, willfully, knowingly, and intentionally, combined, conspired, confederated, and agreed to ship, transport, transfer, cause to be transported, and otherwise disposed of machineguns, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the machineguns would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(3) and 933(b).

## COUNT TWO
[18 U.S.C. § 933(a) and (b)]

From on or about August 29, 2023, through on or about October 23, 2023, in the Northern District of Oklahoma, the defendant **CONNOR EVAN FIELDS**, a/k/a "Fields.Connor," a/k/a "cefields2010@gmail.com," a/k/a "Fields__Connor," shipped, transported, transferred, caused to be transported, and otherwise disposed of the following machineguns:

1.  A Palmetto State Armory, Model PSAK-47, 7.62x39mm caliber machinegun, serial number AKB057238; and

2.  A Polish PPS-43 type, 9x19mm machinegun, serial number KM-09687,

to another person, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the machineguns by that person would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a) and 933(b).

2

## FORFEITURE ALLEGATION
### [18 U.S.C. §§ 934(a)(1) and 924(d)]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 934(a)(1) and 924(d).

Upon conviction of the offenses alleged in this Indictment, as a part of his sentence, the defendant, **CONNOR EVAN FIELDS**, a/k/a "Fields.Connor," a/k/a "cefields2010@gmail.com," a/k/a "Fields__Connor," shall forfeit to the United States any firearms, ammunition, and conveyance involved in or used in the knowing commission of such offense. The property to be forfeited includes, but is not limited to:

### FIREARMS AND AMMUNITION

1. All firearms and ammunition seized by law enforcement from 10740 East 41st Street, Apartment # 901, Tulsa, Oklahoma, on or about November 15, 2024; and

2. All firearms and ammunition seized by law enforcement from 21481 East 105th Street, Broken Arrow, Oklahoma, on or about November 15, 2024.

All pursuant to Title 18, United States Code, Sections 934(a)(1) and 924(d).

CLINTON J. JOHNSON
United States Attorney

A TRUE BILL

*Mike Flesher*

MIKE FLESHER
Assistant United States Attorney

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

3